**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| KRISTI BAKER, | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) JUDGE |
| | ) |
| MOLSON COORS BEVERAGE COMPANY USA LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Molson Coors Beverage Company USA LLC ("Molson Coors" or "Defendant") hereby removes this action from the Court of Common Pleas Butler County, Ohio to the United States District Court for the Southern District – Western Division at Cincinnati on the basis of diversity of citizenship and amount in controversy, respectfully showing the Court as follows:

**STATE COURT LAWSUIT**

1.      This case involves a Missouri citizen, Kristi Baker ("Baker" or "Plaintiff"), who alleges that she was subjected to discrimination throughout her employment at Molson Coors based on her race and sex.  As a result, Plaintiff filed suit against Defendant in the Court of Common Pleas, Butler County, Ohio.  *See* Pls.' Compl. (**Exhibit A**).

2.      Defendant now removes this case to this Court based on diversity jurisdiction.

1

## GROUNDS FOR REMOVAL

3. This action is removable under 28 U.S.C. §§ 1332(a), 1441, and 1446 because, as described below, this action is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

### I. Minimal Diversity Requirement

4. This action is between citizens of different states.

5. Upon information and belief, including the representation on the face of Plaintiffs' Complaint, Plaintiff is a citizen of Missouri, residing at 16608 BCR 404, Marble Hill, MO. (Ex. A, ¶ 1).

6. Molson Coors is a citizen of a foreign state. Specifically, Molson Coors is a Delaware limited liability company with its principal place of business located at 320 S. Canal St. 800, Chicago, IL 60606. *See* Aff. of Sarah Miracle, ¶ 4. (**Exhibit B**).

7. As a limited liability company, Molson Coors is the sole member of the limited liability company and has no members or sub-members, and thus, no members or sub-members based in the State of Ohio. *See id. ¶* 5.

8. Accordingly, there is complete diversity among Plaintiff and Defendant, and removal is proper under 28 U.S.C. § 1332(a)(1).

### II. Amount in Controversy Requirement.

9. Although Plaintiff's Complaint does not specify the amount of damages requested, *see* Ohio Civ. R. 8(A), the substantive allegations of her Complaint can be read to indicate that the amount in controversy exceeds $75,000. (*See* Ex. A, ¶ 17). To that end, "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operation Co., LLC v. Owens*, 574 U.S. 81, 89

(2014).  When the complaint does not state the amount in controversy, "the defendant's notice of removal may do so."  *Id.* at 84.  A defendant's "amount-in-controversy allegation should be accepted when not contested by the plaintiff or questioned by the court."  *Id.* at 87; *see also Charvat v. EchoStar Satellite, LLC*, 630 F.3d 459, 462 (6th Cir. 2010) ("[P]unitive damages may be aggregated with other damages to satisfy the amount-in-controversy requirement."); *Rotschi v. State Farm*, 114 F.3d 1188, 1997 WL 259352, at *4 (6th Cir. 1997) (unpublished disposition) (holding that courts should consider "whether it is 'facially apparent' from the complaint that the damages are 'likely above' the jurisdictional amount in controversy.").

10.  In her Complaint, Plaintiff alleges that Molson Coors is liable to her for sex discrimination and race discrimination.  For these claims, Plaintiff seeks judgement against Molson Coors awarding her: (1) reinstatement or front pay in lieu thereof; (2) damage for lost income and benefits; (3) compensatory damages; (4) prejudgment interest; (5) punitive damages; (6) reasonable attorney fees and expenses; and (7) all other legal and equitable relief to which she is entitled to. (Ex. A at ¶¶ 17, A-G).

11.  Considering Plaintiff's employment at Molson Coors ended on November 11, 2024, and her annual earnings amounted to $77,459.20 while employed at Molson Coors, and she is seeking compensatory and punitive damages above her lost wages and front pay, the amount in controversy in this action can be fairly read to aggregate an amount in excess of the $75,000 diversity jurisdiction threshold.  Miracle Aff., ¶¶ 6-9. (Ex. B).

**PROCEDURAL REQUIREMENTS**

12.  <u>Timeliness of Removal</u>. This Notice of Removal is timely because it is being filed within 30 days of Defendant receiving, through service or otherwise, a copy of Plaintiffs'

Complaint, on August 21, 2025. 28 U.S.C. § 1446(b)(1). To this end, Defendant is filing the state court's filings regarding proof of service. *See* State Court Record, (**Exhibit C**).

13. <u>Removal to Proper Court</u>. This Court is the appropriate court to which this action must be removed because it is part of the district and division within which this action is pending, namely, Butler County, Ohio.  28 U.S.C. §§ 1441(a), 1446(a).

14. <u>Filing and Service</u>. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be contemporaneously filed in the Court of Common Pleas, Butler County, Ohio and served on all counsel of record.

15. <u>Pleadings and Process</u>. Defendants have not been served with any process, pleadings, or orders in this action other than Plaintiffs' Complaint, which is attached as Exhibit A. *See* 28 U.S.C. § 1446(a).

16. Defendant reserves all rights and defenses, including, but not limited to, those rights and defenses under Rule 12 of the Federal Rules of Civil Procedure and will timely respond to Plaintiffs' Complaint in accordance with Rule 81 of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ *Ethan W. Weber*

Ethan W. Weber (0098871)
> *Trial Attorney*

Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:     216.592.5000
Fax:    216.592.5009
E-mail:  ethan.weber@tuckerellis.com
and

Steven M. Kruzel (*pro hac vice* forthcoming)
Claire C. Afable (*pro hac vice* forthcoming)
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel:     414.277.5000
E-mail:  steven.kruzel@quarles.com
         claire.afable@quarles.com

*Attorneys for Defendant Moson Coors Beverage Company USA LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served via the CM/ECF filing system on this 15th day of September 2025, thereby sending an electronic Notice of Filing to all counsel of record, as well as by U.S. Mail to the following counsel of record for Plaintiff:

ATTORNEY FOR PLAINTIFF
David Torchia
Tobias & Torchia
600 Vine Street, Suite 910
Cincinnati, OH 45202
Phone: (513) 241-8137
Email: davet@tktlaw.com

/s/ *Ethan W. Weber*
Ethan W. Weber (0098871)

An Attorney for Defendant